AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Webber, E. Richard | Eastern District of Missouri | 5/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Senior | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐    Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
111 S. Tenth St., Suite 8 South
St. Louis, MO 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (see VIII) | Eureka Land Company (see VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Missouri State Judicial Retirement | $60,421.87 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | David C. Pratt | St. Louis Cardinals Baseball Tickets | $4,000.00 |
| 2. | David C. Pratt | Trip to Three Forks Ranch | $4,100.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Bank of Kirksville | Boat Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 5/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | | None | J | T | | | | | |
| 2. Transamerica Life Ins. Co. | A | Dividend | K | T | | | | | |
| 3. State Farm Life Ins. (64) | A | Dividend | J | T | | | | | |
| 4. State Farm Life Ins. (67) | A | Dividend | J | T | | | | | |
| 5. Lincoln Financial Ins. | A | Dividend | J | T | | | | | |
| 6. Savings Acct U.S. Bank | A | Interest | J | T | | | | | |
| 7. Davis N.Y. Class C - #1 | A | Dividend | | | Sold | 11/15/11 | J | A | |
| 8. Davis N.Y. Class C - #2 | A | Dividend | | | Sold | 11/15/11 | J | A | |
| 9. American Growth Fund - Class C | A | Dividend | J | T | | | | | |
| 10. Royal Alliance - Sun America Trust | C | Dividend | L | T | | | | | |
| 11. Federated Inter-Continental Fund C | A | Dividend | J | T | | | | | |
| 12. Oppenheimer Capital Income Fund | A | Dividend | | | Sold | 05/06/11 | K | C | |
| 13. Lincoln Financial Group - American Legacy III-1 | A | Dividend | J | T | | | | | |
| 14. Lincoln Financial Group - American Legacy III-2 | A | Dividend | J | T | | | | | |
| 15. Franklin Templeton US Gov't Sec. Fund- Class A | B | Dividend | L | T | | | | | |
| 16. 1/2 interest in real estate / Scotland County, Missouri | C | Inheritance | M | W | | | | | |
| 17. Federated Stock and Muni Advantage Fund -2 | A | Dividend | | | Sold | 06/30/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Mid Cap Growth Strategies | A | Dividend | J | T | | | | | |
| 19. American Balanced Fund - Class C | A | Dividend | J | T | | | | | |
| 20. Condominium Lake of the Ozarks, Camden County MO (See VIII) | D | Rent | M | W | | | | | |
| 21. Oppenheimer Global Class C | A | Dividend | J | T | | | | | |
| 22. Federated Stock and Muni Advantage Account (2nd) | A | Dividend | | | Sold | 6/3/11 | J | A | |
| 23. John Hancock Annuity | B | Dividend | K | T | | | | | |
| 24. American Fund - Euro Pacific Growth Fund Class A | A | Dividend | J | T | Sold (part) | 7/6/11 | J | A | |
| 25. | A | Dividend | J | T | Buy | 7/6/11 | J | | |
| 26. American Fund - Growth Fund of America | A | Dividend | | | Sold | 07/06/11 | J | A | |
| 27. American Fund - Investment Co of America | A | Dividend | J | T | | | | | |
| 28. Prudential Jemerson Resources | A | Dividend | | | Sold | 12/21/11 | J | A | |
| 29. Thornburg International Value Fund C | A | Dividend | | | Sold | 12/16/11 | J | A | |
| 30. Thornburg International Value Fund C | A | Dividend | | | Sold | 12/16/11 | J | A | |
| 31. Thornburg International Value | A | Dividend | | | Sold | 12/16/11 | J | A | |
| 32. Fidelity New Insights Fund Class C | A | Dividend | J | T | | | | | |
| 33. Templeton Global Bond Fund | A | Interest | J | T | | | | | |
| 34. Franklin Templeton Tax Free Mo Class A | A | Dividend | | | Sold | 06/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 5/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Missouri Tax Free Inc. Fund (Royal Alliance) | A | Interest | K | T | Sold (part) | 06/11/11 | J | A | |
| 36. Royal Alliance Roth IRA | C | Dividend | M | T | Buy (add'l) | 02/04/11 | M | | |
| 37. Ford Motor Company | A | Dividend | J | T | | | | | |
| 38. | A | Dividend | J | T | Buy (add'l) | 08/11/11 | J | | |
| 39. Pfizer | A | Dividend | | | Sold | 03/23/11 | J | | |
| 40. Procter and Gamble | A | Dividend | J | T | | | | | |
| 41. Legg Mason | B | Interest | K | T | Buy | 1/18/11 | J | | |
| 42. Bank of Kirksville CD | B | Interest | J | T | | | | | |
| 43. American Funds - Growth Fund of America #2 | A | Dividend | J | T | | | | | |
| 44. Bank of Kirksville CDs - 1/2 Interest (grouped) | A | Interest | K | T | | | | | |
| 45. Franklin Missouri Tax Free Inc. Fund - Royal Alliance) | A | Interest | J | T | Sold (part) | 06/03/11 | K | | |
| 46. Franklin Missouri Tax Free Inc. (UBS) | A | Interest | K | T | Buy | 08/04/11 | K | | |
| 47. Columbia Dividend Opportunity Fund Class Z | A | Dividend | J | T | Buy | 12/22/11 | J | | |
| 48. Calvert Ultra Short Income Fund | A | Dividend | | | Buy | 08/08/11 | J | | |
| 49. | | | | | Sold | 10/18/11 | J | | |
| 50. Eaton Vance Atlanta Capital SMID Cap Fund | A | Dividend | J | T | Buy | 06/08/11 | J | | |
| 51. Eaton Vance Stratagee Income Fund Class 1 | A | Dividend | J | T | Buy | 06/08/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 5/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Gabelli Asset Fund Class A | A | Dividend | J | T | Buy | 06/08/11 | J | | |
| 53. Icon Energy Fund Class S | A | Dividend | J | T | Buy | 12/22/11 | J | | |
| 54. Perkins Mid Cap Value Fund Class T | A | Dividend | J | T | Buy | 06/08/11 | J | | |
| 55. Principal Preferred Securities Fund Class A | A | Dividend | J | T | Buy | 06/08/11 | J | | |
| 56. Abbott Laboratories | A | Dividend | J | T | Buy | 03/23/11 | J | | |
| 57. General Electric (stock) | A | Dividend | J | T | Buy | 02/18/11 | J | | |
| 58. Lowes Companies (stock) | A | Dividend | J | T | Buy | 11/07/11 | J | | |
| 59. Southwest Airlines | A | Dividend | J | T | Buy | 09/19/11 | J | | |
| 60. Southwest Airlines | A | Dividend | J | T | Buy | 11/25/11 | J | | |
| 61. Advanced Micro Devices | A | Dividend | | | Buy | 04/15/11 | J | | |
| 62. | | | | | Sold | 11/25/11 | J | | |
| 63. US Bancorp | A | Dividend | | | Buy | 01/07/11 | J | | |
| 64. | | | | | Sold | 04/15/11 | J | | |
| 65. Wells Fargo Co. | A | Dividend | | | Buy | 08/11/11 | J | | |
| 66. | | | | | Sold | 10/20/11 | J | | |
| 67. Legg Mason ▇ (1/2 interest) | A | Interest | K | T | Buy | 01/18/11 | J | | |
| 68. Legg Mason ▇ (1/2 interest) | A | Interest | K | T | Buy | 01/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 5/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Royal Alliance 529 Trust ▮ | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 70. Royal Alliance 529 Trust ▮ | A | Dividend | J | T | Buy | 01/05/11 | J | | |
| 71. John Hancock Life Style Balanced A | A | Dividend | J | T | Buy | 06/08/11 | J | | |
| 72. Hartford Floating Rate Fund | B | Int./Div. | K | T | Buy | 3/31/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I: Partner, Eureka Land Company - Approximately twenty years ago, I and four other men purchased eighty (80) acres of low productive land by each contributing $3000.00. It is used for hunting and farming. The annual income to me is around $500.00. There are no officers. There is a small old barn on the premises. I have no leadership role among the five owners.

Section VII:

Line 9: This was erroneously listed as Class "A" - It is Class "C"

Line 10: Royal Alliance - Sun America Trust: I converted my Thrift Savings Plan to a Roth IRA, half in 2010 and half in 2011. At the end of 2010, half of the Thrift Savings Plan was transferred temporarily into the Sun American Trust account. It was transferred to a Roth IRA in 2011, accounting for the change in value. All of the Thrift Savings Plan funds are now in the Roth IRA line 36. Royal Alliance - Sun America Trust, was an IRA account ▮▮▮▮▮▮▮ The assets of that account are now listed as Hartford Floating Rate Fund Class A at line 73 and Federated Inter-Continental Fund C at line 11.

Line 12: On the 2010 report at lines 10 and 15, two Opppenheimer accounts, Oppenheimer Global Class C and Oppenheimer Capital Income Fund - the sale on 5/6/11 at line 12 of this report covers all Oppenheimer accounts. There is no current Oppenheimer account.

Line 20: This property was purchased in March, 2005, for $135,000 and was included on the appropriate report for that year. The property is located in Camden County, Missouri.

Line 35: Name changed from Franklin Templeton Tax Free MO Class A to Franklin Missouri Tax Free Inc. Fund.

Line 36: The balance of the Thrift Savings Plan fund, transferred to the Sun American Traditonal IRA on January 7, 2011, was transferred to the Roth IRA on February 4, 2011. See line 10 above.

Line 40: This Procter & Gamble stock was purchased on July 2, 2010 and inadvertently left off of the 2010 report.

Lines 45 and 46: Name changed from Federated Missouri Tax Free Inc Fund to Franklin Missouri Tax Free Inc. Fund.

Lines 67 and 68: Own half interest in Legg Mason Funds with ▮▮▮▮▮▮▮▮▮

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 5/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ E. Richard Webber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544